TRACY L. ZUBROD, Chapter 7 Trustee
CHAPTER 7 TRUSTEE
1907 HOUSE AVE
CHEYENNE, WY 82001
PHONE: (307) 778-2557

[Filed stamp: FILED IN THE US BANKRUPTCY COURT  2011 OCT 12 PM 2:20]

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

In Re:                               )
   NICKELL, LESLIE K          )    Case No. 10-20734 PJM
                                     )
                                     )
                                     )
                                     )
       Debtor(s)              )

### TRANSMITTAL OF UNCLAIMED FUNDS

I, TRACY L. ZUBROD, Chapter 7 Trustee, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Leslie K. Nickell c/o Paul Hunter | 2616 Central Avenue Cheyenne, WY 82001 | $1.18 |

DATED this 11th day of October, 2011.

_____
TRACY L. ZUBROD,
Chapter 7 Trustee, Trustee in Bankruptcy